IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRICIA A. AYERS,

    Plaintiff,

v.

POTESTIVO & ASSOCIATES, P.C.,

    Defendant.

Case No. 1:17-cv-00461-RJJ-RSK
Honorable Robert J. Jonker
Magistrate Judge Ray Kent

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court upon stipulation and agreement by and between the parties, through their respective counsel, and the Court, being otherwise fully advised, hereby orders the following:

**IT IS HEREBY STIPULATED** that Plaintiff Tricia A. Ayers ("Plaintiff") initiated this action against Defendant Potestivo & Associates, P.C. ("Defendant") on May 22, 2017, by filing her Complaint and Jury Demand (Doc. No. 1) ("Initial Complaint"), which included class allegations.

**IT IS FURTHER STIPULATED** that Plaintiff filed an Amended Complaint and Jury Demand on June 27, 2017, removing the class allegations (Doc No. 10) ("First Amended Complaint").

**IT IS HEREBY ORDERED** that Plaintiff's Initial Complaint and First Amended Complaint are dismissed in their entirety with prejudice and without costs as to any party.

**IT IS SO ORDERED**.

*This Order resolves the last pending claim and closes the case.*

Dated:  November 12 , 2017    /s/ Robert J. Jonker
                              U.S. District Court Judge

Stipulated and agreed as to form and entry:

Dated: November 9, 2017    /s/ Brian P. Parker (w/email permission)
                           By: Brian P. Parker (P48617)
                           LAW OFFICES OF
                           BRIAN P. PARKER, P.C.
                           *Attorney for Plaintiff*
                           2000 Town Center, Suite 1900
                           Southfield, Michigan 48075
                           Phone: (248) 342-9583
                           Facsimile: (248) 659-1733
                           Email: brianparker@collectionstopper.com

Dated: November 9, 2017    /s/ Chantelle R. Neumann
                           By: Chantelle R. Neumann (P70569)
                           POTESTIVO & ASSOCIATES, P.C.
                           *Attorneys for Defendant*
                           *Potestivo & Associates, P.C.*
                           251 Diversion Street
                           Rochester, Michigan 48307
                           Phone: (248) 853-4400, ext. 1157
                           Facsimile: (248) 267-3075
                           Email: cneumann@potestivolaw.com

2